UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY A. BURLISON,
      Plaintiff,

v.                                        Case No: 6:17-cv-1769-Orl-18GJK

PAM ANGUS,
      Defendant.

## ORDER

This cause came on for consideration following the United States Magistrate Judge's *sua sponte* review of Plaintiff Terry A. Burlison's Complaint (Doc. 1). On October 31, 2017, the United States Magistrate Judge entered a Report and Recommendation regarding same (Doc. 5). As set forth in the Report and Recommendation, the United States Magistrate Judge recommended transfer of this case after finding that the Ocala Division of this Court has the greatest nexus with this case. (*Id.* at 2.) Upon review of the Report and Recommendation (Doc. 5), and noting that no timely objections have been filed,[1] it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United State Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 5) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Clerk of Court is **DIRECTED** to immediately transfer this case to the Ocala Division of the United States District Court for the Middle District of Florida.

**DONE** and **ORDERED** in Orlando, Florida, this _____ day of November, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Unrepresented Parties

---

[1] Plaintiff filed a Notice of No Objection on November 15, 2017 (Doc. 7).